**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABREU SANTIAGO )<br><br>    Plaintiff, )<br><br>v. )<br><br>BRINKER RESTAURANT CORPORATION, d/b/a "CHIL'S BAR & GRILL," a Virginia corporation )<br><br>    Defendant. ) | Case No. 1:23-cv-17017<br><br>Honorable Joan H. Lefkow |

## NOTICE OF SETTLEMENT IN PRINCIPLE

The Parties respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a Settlement Agreement and Stipulation of Dismissal. The parties respectfully request that all upcoming deadlines, including Defendant's responsive pleading due March 21, 2024 and the Initial Status Hearing set for April 3, 2024, be adjourned.

                                                        Respectfully submitted,

                                                        CASS LAW GROUP, P.C.

                                                        /s/ Angela C. Spears
                                                        Angela C. Spears
                                                        CASS LAW GROUP, P.C.
                                                        20015 S. LaGrange Rd #1098
                                                        Frankfort, IL 60423
                                                        T: (833) 343-6743
                                                        F: (855) 744-4419
                                                        E: aspears@casslawgroup.com
                                                        *Counsel for Plaintiff*

Dated: March 21, 2024