# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABREU SANTIAGO, <br><br> Plaintiff, <br><br> v. <br><br> BRINKER RESTAURANT CORPORATION, d/b/a "CHIL'S BAR & GRILL," a Virginia corporation <br><br> Defendant. | Case No. 1:23-cv-17017 <br><br> Honorable Joan H. Lefkow |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BRINKER RESTAURANT CORPORATION UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, Abreu Santiago, by and through his counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Brinker Restaurant Corporation with prejudice and without costs to either party.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: April 17, 2024